NO. 07-01-0037-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

JANUARY 28, 2002

_____


EXXON MOBIL CORPORATION, APPELLANT

V.

DAVID VAWTER, ET AL., APPELLEES


_____

FROM THE 11TH DISTRICT COURT OF HARRIS COUNTY;

NO. 1999-32545; HONORABLE MARK DAVIDSON, JUDGE

_____

Before BOYD, C.J., and REAVIS and JOHNSON, JJ.

On January 18, 2002, appellant Exxon Mobil Corporation formerly known as Exxon Corporation filed a Motion to Vacate Judgment Pursuant to Settlement according to agreement of the parties and in accordance with Tex. R. App. P. 42.1(a)(1). The motion includes a certificate of conference representing that counsel for appellees agrees to the motion, and signature of counsel for appellees by permission.

Without passing on the merits of the case, the Motion to Vacate Judgment is granted. The judgment of the trial court signed on September 21, 2000, styled David Vawter and John Lazaris v. Exxon Corporation, Exxon Company, U.S.A., No. 1999-32545, is vacated and the case is dismissed. TRAP 42.1(a)(1); TRAP 43.2(e).

All costs are assessed to the parties incurring the same. Having dismissed the appeal at appellant's request and pursuant to settlement agreement, no motion for rehearing will be entertained and our mandate will issue forthwith.


Phil Johnson
Justice


Do not publish.